1   Amrane Cohen, Chapter 13 Trustee
    770 The City Drive South, Suite 3300
2   Orange, CA 92868
    Phone (714) 621-0200
3   Fax   (714) 621-0277

**FILED FEB 18 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk**

**United States Bankruptcy Court**
**Central District of California**

|                          |                                      |
|--------------------------|--------------------------------------|
| MANOLITO A QUIJANO       | ) Chapter 13                         |
|                          | ) Case No.: 8:06-bk-11578-TA         |
| OFELIA P QUIJANO         | ) **NOTICE OF UNCLAIMED DIVIDEND**   |
|                          | ) (Bankruptcy Rule 3010)             |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300679** in the sum of **$3.92** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3010. The name and address of the party entitled to said unclaimed dividend is as follows:

    MANOLITO A QUIJANO
    OFELIA P QUIJANO
    7071 SOMMERSET CIR
    LA PALMA, CA 90623-1112

Date: February 14, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0611578 | MANOLITO A & OFELIA P QUIJANO | | XXX-XX-1713 | 3.92 | 0.00 | 3.92 |
| | ACCT: | Claim: 00000 | XXX-XX-8594 | | | |
| | | | TOTALS | 3.92 | 0.00 | 3.92 |

MANOLITO A QUIJANO
OFELIA P QUIJANO
BALANCE:          [0.00  33/00000]
SSN: XXX-XX-1713    SSN: XXX-XX-8594
ACCT:                    CASE: 0611578
PRINCIPAL:        3.92    INTEREST:        0.00

**AMRANE COHEN**           SUNTRUST              64-79                    **0300679**
**CHAPTER 13 TRUSTEE**     800-786-8787          611
CHAPTER 13 TRUSTEE                                                        Feb 14, 2010
PO BOX 809                                                                VOID 90 DAYS FROM DATE
ORANGE, CA  92856

                                                                 *********$3.92

**PAY**    Three And 92 / 100 Dollars

**TO THE**        U.S. BANKRUTCY COURT (FISCAL DEPT.) & OFELIA P QUIJANO
**ORDER OF**      255 E. TEMPLE STREET
                  LOS ANGELES, CA  90012